UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SCOTT, JR., | ) | CIVIL NO. 4:21-CV-01985 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| BLOSSBURG BOROUGH, *et al.,* | ) | |
| Defendants | ) | |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Plaintiff's Motion to Preclude Seven Witnesses (Doc. 121) is GRANTED. The Defendants may not call the following witnesses at the April 8, 2025, trial:

(1) Jill Nickerson;

(2) David Brann, Esq.;

(3) Chelsea Scott;

(4) Tonya McNamara;

(5) George Lepley, Esq;

(6) Charles Walters; or,

(7) Janelle LaMontagne.

Date: March 28, 2025

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U. S. Magistrate Judge